

# Weinberg, Gross & Pergament LLP

|  | **ATTORNEYS AT LAW** |  |
|---|---|---|
| Michael A. Farina | A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION | *Of Counsel* |
| David E. Miller* | 400 Garden City Plaza | Howard R. Gross** |
| Marc A. Pergament | Suite 309 | Harvey Weinberg |
| Marc Weingard | Garden City, New York 11530 |  |
| *Admitted To Practice in |  | **Admitted To Practice in |
| New York and Connecticut |  | New York and Florida |

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

November 12, 2024

VIA ECF
Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

        Re: Barnet Louis Liberman
           Case No. 821-70611-A736
           Marc A. Pergament, Chapter 7 Trustee of the
           Estate of Barnet Louis Liberman v. Hudson
           805 LLC, Phyllis Liberman, et al
           Adv. Proc. No. 822-08094-A736

Dear Judge Grossman:

   This firm is counsel to the Plaintiff-Trustee in the above-referenced adversary proceeding, which Your Honor has scheduled for trial to commence on December 3, 2024.

   I am pleased to enclose a Settlement Agreement that has been negotiated and executed by myself as Trustee, by the attorneys for the Internal Revenue Service and the attorneys for Gary Rosenberg and his affiliates.

   The only open issue with respect to the finalization of the Settlement Agreement is the required approval by senior management of the Internal Revenue Service and/or the Department of Justice as indicated on the first page.

   As the amount of money being resolved involving the Internal Revenue Service is substantial, senior management approval by the Internal Revenue Service and/or the Department of Justice is required under their respective guidelines.

Honorable Robert E. Grossman
United States Bankruptcy Judge
November 12, 2024
Page 2

It is respectfully requested that on behalf of the parties that Your Honor adjourn the trial to give time for the final approval of the settlement by the Internal Revenue Service and/or the Department of Justice and the filing of a Rule 9019 motion. In the alternative, I am ready to prepare and file a Rule 9019 motion and annex the Settlement Agreement as an exhibit.

In the event Your Honor has any questions, the parties are available for a conference call or an in-person appearance, kindly have Chambers contact me.

Respectfully yours,

Marc A. Pergament

MAP:js
enclosure

cc:    See Attached Service List

## *SERVICE LIST*

Jeffrey N. Núñez
Trial Attorney, Tax Division
Civil Trial Section – Northern
Via E-Mail – jeffrey.n.nunez@usdoj.gov

Peter A. Sklarew, Esq.
U.S. Department of Justice
Via E-Mail – peter.a.sklarew@usdoj.gov

Rosenberg & Estis, P.C.
Attorneys for 3-4 Lender LLC
and 305-421 LLC
Attn: John Giampolo, Esq.
E-Mail - jgiampolo@rosenbergestis.com
Attn: Gary M. Rosenberg, Esq.
E-Mail – grosenberg@rosenbergestis.com

Akerman LLP
Attorneys for SMH Acquisition LLC
Attn: Mark S. Lichtenstein, Esq.
E-Mail - mark.lichtenstein@akerman.com

Ansell Grimm & Aaron, P.C.
Attorneys for Lackawanna Warehouse Corporation of NJ II
Attn: Anthony J. D'Artiglio, Esq.
E-Mail - ajd@ansellgrimm.com
Attn: Joshua S. Bauchner, Esq.
E-Mail - jb@ansellgrimm.com

Gallet Dreyer & Berkley, LLP
Attorneys for Residential Committee of the Board
of Directors of the Printing House Condominium
Attn: Kyle G. Kunst, Esq.
E-Mail - kgk@gdblaw.com

Gibbons P.C.
Counsel for Winthrop Chamberlin
Attn: Mark B. Conlan, Esq.
E-Mail - mconlan@gibbonslaw.com
Attn: Larry Goldman, Esq.
E-Mail - lgoldman@gibbonslaw.com

Herrick, Feinstein LLP
Attorneys for creditor Herrick Feinstein LLP
Attn: Stephen B. Selbst, Esq.
E-Mail - sselbst@herrick.com

Jacob M. Toledano
E-Mail - medival5@verizon.net

James E. & Bernice Bookhamer
E-Mail - jbookie@verizon.net

Jacquelyn M. Kasulis
Acting United States Attorney
Attorney for the United States of America
By: James H. Knapp, AUSA
E-Mail - james.knapp@usdoj.gov

Joseph J. Haspel, PLLC
Attorneys for James E. Bookhamer and Bernice Bookhamer,
Harry Karten and Yakov Toldano and Marcia Toldano
Attn: Joseph J. Haspel, Esq.
E-Mail - jhaspel@haspellaw.net

Kirby Aisner & Curley LLP
Attorneys for Slated IP LLC
Attn: Dawn Kirby, Esq.
E-Mail - dkirby@kacllp.com

Klestadt Winters Jureller Southard & Stevens, LLP
Attorneys for Board of Managers of Printing House
Condominium and the Residential Committee of the
Board of Managers of Printing House Condominium
Attn: Tracy L. Klestadt, Esq.
E-Mail - tklestadt@klestadt.com

Lefkowicz Law, PLLC
Attorneys for Leah Liberman and Leah Liberman Trust
Attn: Mark I. Lefkowicz, Esq.
E-Mail – mil@mlefkolaw.com

Letitia James, Attorney General State of NY
Attorney for NYS Department of Taxation & Finance
Attn: Leo V. Gagion, Esq.
        Assistant Attorney General
E-Mail - leo.gagion@ag.ny.gov

Moritt Hock & Hamroff LLP
Attorneys for Signature Bank
Attn: Allison Arotsky, Esq.
E-Mail - aarotsky@moritthock.com
Attn: Scott K. Levine, Esq.
E-Mail - slevine@moritthock.com

Office of the United States Trustee
Attn: Stan Y. Yang, Esq.
E-Mail - stan.y.yang@usdoj.gov

Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
Attorneys for HSBC Bank USA
Attn: Raquel Felix, Esq.
E-Mail – raqfelix@raslg.com

Rosen & Associates, P.C.
Attorneys for Debtor
Attn: Paris Gyparakis, Esq.
E-Mail - pgyparakis@rosenpc.com
Attn: Sanford P. Rosen, Esq.
E-Mail - srosen@rosenpc.com

Revenue Plus LLC
Attn: Russell L. Nype
E-Mail - rnype@revenueplus.tv
Attn: William J. Candee, Esq.
E-Mail – candee@alumni.princeton.ed

Schwartzer & McPherson Law Firm
Co-Counsel for Russell Nype and Revenue Plus LLC
Attn: Lenard E. Schwartzer, Esq.
E-Mail - efilings@sailawfirm.com

The Goldring Firm
Attorneys for Michael Lantino, Joanne Cabello, et al
Attn: Melanie A. Sarver, Esq.
E-Mail - msarver@goldringfirm.com
ogoldring@goldringfirm.com

U.S. Department of Justice
Office of the United States Trustee
Attn: Christine H. Black, Esq.
      Assistant U.S. Trustee
E-Mail - christine.h.black@usdoj.gov

Berkman, Henoch, Peterson & Peddy PC
Attorneys Pro-Se
Attn: Nicholas Tuffarelli, Esq.
E-Mail – n.tuffarelli@bhpp.com