

# Weinberg, Gross & Pergament LLP

**ATTORNEYS AT LAW**
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard
*Admitted To Practice in
New York and Connecticut

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

**Admitted To Practice in
New York and Florida

November 14, 2024

VIA ECF
Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

    Re:    Barnet Louis Liberman
            Case No. 821-70611-A736
            Marc A. Pergament, Chapter 7 Trustee of the
            Estate of Barnet Louis Liberman v. Hudson
            805 LLC, Phyllis Liberman, et al
            Adv. Proc. No. 822-08094-A736

Dear Judge Grossman:

        This letter shall confirm that the Pre-Trial Conference in the above-referenced adversary proceeding has been adjourned by your Honor to January 27, 2025 at 9:30 a.m. and that conference will be conducted telephonically.

                                          Respectfully yours,

                                          Marc A. Pergament

MAP:es
enclosure

cc:    Via E-Mail – jeffrey.n.nunez@usdoj.gov
        Jeffrey N. Núñez
        Trial Attorney, Tax Division
        Civil Trial Section – Northern

Honorable Robert E. Grossman
United States Bankruptcy Judge
November 14, 2024
Page 2

Via E-Mail – peter.a.sklarew@usdoj.gov
Peter A. Sklarew, Esq.
U.S. Department of Justice

Via E-Mail - jgiampolo@rosenbergestis.com
John D. Giampolo, Esq.
Rosenberg & Estis, P.C.