# Weinberg, Gross & Pergament LLP

**ATTORNEYS AT LAW**
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard

*Admitted To Practice in
New York and Connecticut*

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

**Admitted To Practice in
New York and Florida*

January 20, 2025

<u>VIA ECF</u>
Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: Barnet Louis Liberman
Case No. 821-70611-A736
Marc A. Pergament, Chapter 7 Trustee of the
Estate of Barnet Louis Liberman v. Hudson
805 LLC, Phyllis Liberman, et al
<u>Adv. Proc. No. 822-08094-A736</u>

Dear Judge Grossman:

      This letter shall confirm that the Pre-Trial Conference in the above-referenced adversary proceeding has been adjourned on consent to February 12, 2025 at 9:30 a.m. and that Pre-Trial Conference shall be conducted telephonically.

Respectfully yours,

Marc A. Pergament

MAP:js

cc:	Via E-Mail – jeffrey.n.nunez@usdoj.gov
	Jeffrey N. Núñez
	Trial Attorney, Tax Division
	Civil Trial Section – Northern

	Via E-Mail – peter.a.sklarew@usdoj.gov
	Peter A. Sklarew, Esq.
	U.S. Department of Justice

	Via E-Mail – grosenberg@rosenbergestis.com
	Gary Rosenberg, Esq.
	Rosenberg & Estis, P.C.

	Via E-Mail – agottesman@rosenbergestis.com
	Andrew R. Gottesman, Esq.
	Rosenberg & Estis, P.C.