UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                                                    Chapter 7

Barnet Louis Liberman,                                      Case No. 821-70611-A736

        Debtor.

--------------------------------------------------------X

## ORDER APPROVING THE SETTLMENT

Upon the motion, dated January 13, 2025 (the "Motion"), of Marc A. Pergament (the "Trustee"), as the trustee of the bankruptcy estate of Barnet Louis Liberman (the "Debtor"), pursuant to Bankruptcy Rule 9019(a), seeking the entry of an order approving the settlement agreement between and among the Trustee, Gary M. Rosenberg ("Rosenberg"), the following entities in which Rosenberg holds a direct or indirect interest, 305 Second Avenue Associates, L.P., 3-4 Lender LLC, 305-421 LLC, Mountbatten Equities, L.P. and Hudson Leroy, LLC, and their respective subsidiaries, and the United States of America on behalf of the Internal Revenue Service, including the "Settlement Agreement" and "Settlement Agreement Addendum" attached thereto as Exhibit A [Docket No. 267-3] (hereinafter "Global Settlement"); and there being no filed opposition to the relief requested; and a hearing on the Motion having been held before the Court on February 12, 2025; and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. 157(b)(2), (iv) notice of the Motion was sufficient and no additional notice of a hearing on the Motion is required under the circumstances, (v) the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest and is supported by good business reasons in

accordance with Bankruptcy Rule 9019 and (vi) the Settlement was negotiated at arms' length and in good faith; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. Pursuant to Bankruptcy Rule 9019 the Global Settlement, and all of its terms and conditions, are approved.

3. The Trustee is authorized to take any and all actions reasonably necessary to consummate the Global Settlement and perform any and all obligations contemplated therein.

Upon entry of this order, adversary proceeding no. 22-8094 may be closed.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.



Dated: Central Islip, New York
February 19, 2025

Robert E. Grossman
United States Bankruptcy Judge